# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4597
_____

PAMELA NIELSON,

   Appellant,

v.

DAVID CONOWAL,

   Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

September 27, 2019


PER CURIAM.

   AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Wendy Loquasto of Fox & Loquasto, LLC, Tallahassee; Stephanie M. Ockunzzi of Legal Services of North Florida, Inc., Fort Walton Beach, for Appellant.

David Conowal, pro se, Appellee.